UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>DANIEL WONDAFEREW,<br>MICHELLE DAWN WONDAFEREW,<br>        Debtors. | CASE NO. 10-61144-JB<br><br>CHAPTER 13 |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICES**

Pursuant to Bankruptcy Rule 9010, the undersigned attorney enters this Notice of Appearance on behalf of U.S. Bank, N.A., a secured creditor in this case.

U.S. Bank, N.A., through counsel, hereby requests all notices to debtors or creditors also be mailed in care of said creditor as follows:

April 21, 2010                                                                 Respectfully submitted,

                                                                     **PENDERGAST & ASSOCIATES, P.C.**

115 Perimeter Center Pl., Ste. 1000        By: /s/William J. Layng, Jr.
Atlanta, GA  30346                              William J. Layng, Jr.
Phone: 770-392-0303                          Georgia Bar Number 441550
Email:  blayng@penderlaw.com          Attorney for Movant
                                                          Firm File Number: 10-02650

CERTIFICATE OF SERVICE

    I, William J. Layng, Jr., certify that I am over the age of 18 and that on April 21, 2010 I served a copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR NOTICES by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

| | | |
|---|---|---|
| Mary Ida Townson, Esq. | Carol Ann Colliersmith, Esq. | Daniel Wondaferew |
| Chapter 13 Trustee | Colliersmith & Associates | 3320 Newburn Street SW |
| 100 Peachtree St., NW | 3535 Roswell Road, Suite 7 | Lilburn, GA  30047 |
| Ste. 2700 Equitable Bldg. | Marietta, GA  30062 | |
| Atlanta, GA  30303 | | Michelle Dawn Wondaferew |
| | | 3320 Newburn Street, SW |
| | | Lilburn, GA  30047 |

Dated: April 21, 2010

                                                  **PENDERGAST & ASSOCIATES, P.C.**

| | |
|---|---|
| 115 Perimeter Center Pl., Ste. 1000 | By: /s/William J. Layng, Jr. |
| Atlanta, GA  30346 | William J. Layng, Jr. |
| Phone: 770-392-0303 | Georgia Bar Number 441550 |
| Email:  blayng@penderlaw.com | Attorney for Movant |
| | Firm File Number: 10-02650 |